UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

Priority
Send
Enter
Closed
JS-5/JS-6
Scan Only

CASE NO.: CV 06-06575 SJO (CWx)          DATE: February 1, 2008

TITLE:   Tenet Healthcare Corporation v. Dell, Inc.

========================================================================
PRESENT: THE HONORABLE S. JAMES OTERO, UNITED STATES DISTRICT JUDGE

Victor Paul Cruz                         Margarita Lopez
Courtroom Clerk                          Court Reporter

COUNSEL PRESENT FOR PLAINTIFF(S):        COUNSEL PRESENT FOR DEFENDANT(S):

Mark S. Roth                             Guy R. Gruppie
                                         Megn R. Peitzke

========================================================================
PROCEEDINGS: FINAL PRETRIAL CONFERENCE

The Court is advised that this matter has settled. The parties place the settlement on the record. Defendant's shall lodge dismissal by February 8, 2008. The Court orders that the transcripts of this proceeding sealed.